# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2025-0551

———————————————————

VICTOR W. DUVALL,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Bay County.
Timothy Register, Judge.

September 24, 2025

PER CURIAM.

DISMISSED. *See Lee v. State*, 939 So. 2d 154, 155 (Fla. 1st DCA 2006) (finding order dismissing postconviction motion without prejudice to be a nonappealable, nonfinal order).

ROWE, BILBREY, and NORDBY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Victor W. Duvall, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.